IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 3:19-CR-30171-NJR-1 |
| **HUGH A. ROGERS,** | |
| **Defendant.** | |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Hugh A. Rogers. (Doc. 3). Jurisdiction over Rogers's supervised release was transferred to the Southern District of Illinois in 2019 after Rogers served 17 years of a 20-year sentence for drug conspiracy. (Doc. 1). Rogers now seeks the early termination of his 5-year period of supervised release after serving nearly half of his term. (*Id.*). U.S. Probation Officer Christian Hoepker has recommended that Defendant's term of supervised release be terminated. (*Id.*).

Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Rogers has served more than one year of his term of supervised release. Furthermore, U.S. Probation Officer Hoepker has informed the Court that Rogers presents no risk to community safety and no longer requires active supervision. Rogers has been compliant throughout his term of supervision, he has not used any illicit or controlled substances, and all special conditions have been satisfied. Additionally, Rogers has no risk factors for reoffending—he is employed with his church and has a solid relationship with his spouse, adult children, and grandchildren.

After considering the recommendation of U.S. Probation Officer Hoepker, Defendant's motion, and the 18 U.S.C. § 3553(a) factors, the Court finds that early termination of Rogers's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Hugh A. Rogers (Doc. 3) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:   October 8, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**